United States District Court
For the Southern District of West Virginia

Curtis E. Crawford
Reg. 10620-007
FCI Beckley
P.O. Box 350
Beaver, W.V. 25813
    Plaintiff,

v.

John Doe, Warden
C. Simmons, Unit Manager
Romaine Smith, Correctional Counsel
John Doe, Inmate ..... et al.,
FCI Petersburg
Petersburg, Virginia
All sued in their Professional and
Individual Capacities.......
    Defendant(s)

Civil Action No. 5:06-0560

FILED
JUL 14 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## Complaint

### I. Jurisdiction

42 U.S.C. § 1983, Civil Rights Act for the Recovery of unliquidated Damages.

II. Request Jury Trial

Plaintiff Crawford request a Jury Trial in the captioned case.

III. Plaintiff has Exhausted All Administrative Remedies and Tort Claims Remedies As Shown In Prison File.

The Plaintiff Curtis E. Crawford has Exhausted all available Administrative Remedy of the Federal Bureau of Prisons in 2003

IV. Parties

All Named and un-named Defendants worked at Petersburg Federal Correctional Institution, and had knowledge or participated in Events That Caused Complaint. Said inmate worked under the Authority and/or Supervision of Named Defendant(s), and

was Routinely Allow by Defendants to cond Equipment That was clearly marked "Government Employee Only" Through mal-feases in operations.

## IV. Statement of Claim

While Plaintiff Curtis E. Crawford was housed in Petersburg Special Housing Unit in FCI Petersburg, in Petersburg, Virginia in 2003, he gave Correctional Counsel Smith a Supreme Court filing to copy for filing in This Court. Several days later Correctional Counsel Smith came to Plaintiff Crawford Cell, and told him That a un-named inmate whom worked for C. Simons, Unit Manager, had Taken

Documents and placed them into a shredder machine. Plaintiff complained to Warden Joe Brooks, and nothing was done to compensate Plaintiff Crawford for his lossage.

## VI - Statement of Claim

Plaintiff Crawford was unable to file his case in a timely manner, due to "no fault" of his own. Plaintiff filed both Tort and Administrative Remedy, that were denied even after acknowledgment of fact that Plaintiff's lossage was caused by neglegency of staff and gross mal-feases. Then the Unit Manager C. Simon's sought to cover-up

Fact, That She violated The Law by Allowing John Doe inmate to Routinely use a Restricted machine That was clearly marked "Government Employee Only" and in Reprisal and Retaliation She abused her Authority to deny Plaintiff Placement into Halfway House, because of Complaint Filed into Court.

### VII. Relief Sought

1. Court order issued "Granting" Compensatory Damages in The Amount of $15,000,000.00 Fifteen Million dollars, and Punitive damages of Equal Amount

2. Court order issued "Granting" Jury Trial

3. Court order issued "Granting" Plaintiff Counsel

in case for any hearing in case.

Respectfully Submitted

Curtis E. Crawford

### Certification of Service

I certify under penalty of perjury that I have forwarded to the Clerk a true and correct copy of Complaint via prepaid postage on this 12 day of July 2006, and further request that Clerk forward a stamped dated file copy of this document to all parties therein as acknowledgment of receipt, pursuant to 28 U.S.C. §1746 the above is true.

Respectfully Submitted,

Curtis E. Crawford